# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **KEVIN JOHN O'BRIEN,** | : |
| | : Case No. 2:20-cv-02406 |
| **Plaintiff,** | : |
| | : **JUDGE ALGENON L. MARBLEY** |
| v. | : |
| | : **Magistrate Judge Deavers** |
| **TAD A. HEROLD, et al.,** | : |
| | : |
| | : |
| **Defendants.** | : |

## ORDER

This matter is before the Court on Defendants' Status Report and Motion to Lift Stay. (ECF No. 31). On February 3, 2021, this Court stayed this case, pursuant to the *Younger* abstention doctrine, pending the resolution of the relevant proceedings. (ECF No. 23). At the time this Court stayed this case, Plaintiff Kevin O'Brien was a respondent in a disciplinary proceeding before the Ohio Board of Professional Conduct. (*Id.*). Defendants report that, on July 15, 2024, the Ohio Board of Professional Conduct vacated Plaintiff's subsequent hearing date and dismissed the pending disciplinary action. (ECF No. 31). Accordingly, the Motion is **GRANTED** and the stay in this case is **LIFTED**.

IT IS SO ORDERED.

                                                   **ALGENON L. MARBLEY**
                                                   **UNITED STATES DISTRICT JUDGE**

**DATED: October 15, 2024**