OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
85 MARCONI BOULEVARD
COLUMBUS, OHIO 43215

OFFICIAL BUSINESS

COLUMBUS OH 430
5 MAR 2025 PM 6 L

US POSTAGE ᴵᴹᴵ PITNEY BOWES
ZIP 43215 $ 000.69⁰
02 4W
0000343269 MAR 04 2025

FILED
RICHARD W. NAGEL
CLERK OF COURT
MAR 10 2025 1:59 P
U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-COLUMBUS

Kevin John O'Brien
Kevin O'Brien & Associates CO., L.P.A
995 South High St.
Columbus, OH 43206

430 NFE 1    C23I0003/06/25
FORWARD TIME EXP    RTN TO SEND
:KEVIN OBRIEN & ASSOCIATES
PO BOX 297
WORTHINGTON OH 43085-0297
RETURN TO SENDER