# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Kevin O'Brien, Esq. | : | |
| Plaintiff, | : | |
| vs. | : | Case No. 2:20-cv-02406 |
| Tad A. Herold, Esq., et al., | : | Judge Algenon L. Marbley |
| Defendants. | : | |

## MOTION FOR LEAVE TO SUBSTITUTE AS COUNSEL

Now come Attorneys Zachary B. Pyers and Mackenzie S. Compton for their Motion to substitute for counsel of record for Defendants Kent Markus, Bryan Griffith and Russell J. Kutell pursuant to Local Rule 83.4. Attorney Pyers and Attorney Compton have been retained as substitute counsel to represent the above-named Defendants.

While this case has been ongoing for several years, there has not been substantial activity, nor are any impending deadlines set before the court. No party to this action will be prejudiced by this substitution of counsel, nor will this substitution of counsel substantially alter the case schedule. Pursuant to Loc. Rule 83.4, the undersigned counsel has provided written notice to the clients and all counsel of record, and any unrepresented parties.

Based on the foregoing, Atty. Pyers and Atty. Compton respectfully move that this Court grant them leave to file a Notice of Substitution of Counsel for Defendant Columbus Bar Association.

Respectfully submitted,

*/s/ Mackenzie S. Compton*
Mackenzie S. Compton (0101573)
Zach B. Pyers (0083606)
REMINGER CO., L.P.A.
200 Civic Center Drive, Suite 800
Columbus, OH 43215
Phone: (614) 232-2496
Fax: (614) 232-2410
Email: mcompton@reminger.com
zpyers@reminger.com

*Attorney for Defendants Kent Markus, Bryan Griffith and Russell J. Kutell*

### CERTIFICATE OF SERVICE

This will certify that a true and accurate copy of the foregoing was served upon the following via this Court's electronic filing service and via electronic mail this 14th day of March 2025.

Kevin O'Brien
Kevin O'Brien & Associates, Co., LPA
995 South High Street
Columbus, OH 43206
kevin@ohiolaw1.com

*Plaintiff*

David P. Kamp
Jean Geoppinger McCoy
Sarah E. Abbott
Dinsmore & Shohl LLP
225 East Fifth Street, Suite 1900
Cincinnati, OH 45202
David.kamp@dinsmore.com
Jean.mccoy@dinsmore.com
Sarah.abbott@dinsmore.com

*Counsel for Defendants Columbus Bar Association*

*/s/ Mackenzie S. Compton*
Mackenzie S. Compton (0101573)
Zach B. Pyers (0083606)