BEFORE THE BOARD OF PROFESSIONAL CONDUCT
OF THE SUPREME COURT OF OHIO

In re:

Complaint against

Kevin John O'Brien

    Respondent

Columbus Bar Association

    Relator

Case No. 2019-027

FILED
JUL 15 2024
BOARD OF PROFESSIONAL CONDUCT

## ORDER

On July 15, 2024, the Supreme Court issued an order accepting the Respondent's application for resignation from the practice of law with disciplinary action pending pursuant to Gov. Bar R. VI. *In re Resignation of O'Brien*, 2024-Ohio-2662.

The September 4-6, 2024 hearing date is vacated, and the matter before the Board is dismissed.

*Hon. D. Chris Cook*
Board Chair
\_\_\_\_\_ per authorization

EXHIBIT 1

Rev. 1/2015