

## BEFORE THE BOARD OF PROFESSIONAL CONDUCT
## OF
## THE SUPREME COURT OF OHIO

| | | |
|---|---|---|
| *In re: Complaint Against* | : | |
| **Kevin John O'Brien** | : | |
| **(Attorney Registration No. 0028108)** | : | **Case No. 2019-027** |
| | : | |
| *RESPONDENT,* | : | |
| by | : | |
| | : | |
| **COLUMBUS BAR ASSOCIATION** | : | |
| 175 South Third Street, Suite 1100 | : | |
| Columbus, OH 43215 | : | |
| *RELATOR.* | : | |

## RESPONDENT'S REQUEST FOR TELEPHONE CONFERENCE WITH THE PANEL AND RELATOR'S COUNSEL

Now comes Respondent, Kevin O'Brien, by and through counsel and hereby requests that a telephone conference be set with the Panel Members and Relator's Counsel.

Respondent would like to further discuss the case scheduling in this instant matter. Accordingly, the Respondent requests that the Panel Chair convene a telephone conference at his earliest convenience.

Respectfully submitted,

*/s/ Jeffrey A. Catri*

_____

Jeffrey A. Catri (0019028)
Jeffrey A. Catri Co., LLC
995 South High Street
Columbus, Ohio 43215
(614) 270-4576
jcatri@columbus.rr.com



EXHIBIT
**5**

## CERTIFICATE OF SERVICE

The true and accurate copy of the Respondent's Request for a Telephone Conference was served upon the following via electronic mail on March 30, 2020.

Amy Lynn Bostic (0040139)
Luper Neidenthal and Logan LPA
1160 Dublin Road, Suite 400
Columbus, Ohio 43215
(614) 221-7663
abostic@lnlattomeys.com

Bryan Griffith (0085911)
Sandborn Brandon Duvall & Bobbitt Co LPA
2515 W. Granville Road
Columbus, OH  43235-2708
BGriffith@SBDBLaw.com

Russell Jay Kutell (0067756)
Frost Brown Todd LLC
10 W Broad St Ste #2300
Columbus, Ohio 43215
rkutell@fbtlaw.com

John B.C. Porter (0075433)
1054 Arcadia Boulevard
Westerville, Ohio  43082
jbcporter@gmail.com

Kent R. Marcus (0016005)
Columbus Bar Association
175 South Third Street, Suite 1100
Columbus, Ohio 43215
kent@cbalaw.org

Thomas Zani (0071175)
Columbus Bar Association
175 South Third Street, Suite 1100
Columbus, Ohio 43215
thomas@cbalaw.org

/s/ Jeffrey A. Catri

_____

Jeffrey A. Catri