OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
COLUMBUS, OHIO 43215

OFFICIAL BUSINESS

FILED
RICHARD W. NAGEL
CLERK OF COURT

JUL 29 2025 3:04 P

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-COLUMBUS

7009 2820 0003 5798 9430



Kevin John O'Brien
Kevin O'Brien & Associates CO., L.P.A.
995 South High St.
Columbus, OH 43206

NIXIE        430 NEE 1          25I2207/25/25
              RETURN TO SENDER
          NOT DELIVERABLE AS ADDRESSED
                UNABLE TO FORWARD

BC: 43215              *1346-04229-22-44